No. 6523. DARNELL v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 6583. NATOLI v. ESTATE OF HAMILTON. Sup. Ct. Pa. Certiorari denied.

No. 6680. ODELL v. CADY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 6684. VAN HOOK v. LLOYD, PENITENTIARY SUPER-INTENDENT. C. A. 9th Cir. Certiorari denied.

No. 6707. PIETSCH v. PRESIDENT OF THE UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 6736. McBRIDE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6782. LANIER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6790. GRASSO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 6817. JACK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6836. SHKUKANI v. IMMIGRATION AND NATURALI-ZATION SERVICE. C. A. 8th Cir. Certiorari denied.

No. 6862. TIMMONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6867. SWIFT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6899. CARTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6922. TRAMMELL v. DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.